AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| Dontaye King aka Landon Taylor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CIV-23-244-JFH-JAR |
| James Bailey | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

James Bailey, Unit Manager  .

Date: 10/02/2023

s/ Darrell L. Moore
*Attorney's signature*

DARRELL L. MOORE, 6332
*Printed name and bar number*

P.O. BOX 368
PRYOR, OK 74362

*Address*

darrellmoore@jralphmoorepc.com
*E-mail address*

(918) 825-0332
*Telephone number*

(918) 825-7730
*FAX number*